

Mistee L. Elliott
PO Box 6550
Sheridan, WY 82801
Office: (307) 673-3000
melliott@crowleyfleck.com

January 3, 2020

US District Court of Wyoming
Clerk of District Court
2120 Capitol Avenue Room 2131
Cheyenne WY  82001-3658

> RECEIVED
> JAN - 6 2020
> CLERK, U.S.D.C.
> CHEYENNE, WYOMING

RE:   JMK 3, LLC vs.
      The Geneus Group, LLC

Dear Clerk,

Please find enclosed the following:

1. Check for $400.00 for filing fees;
2. Civil Cover Sheet;
3. Original and one (1) copy of the Complaint: Breach of Contract, Promissory Estoppel, and Unjust Enrichment;
4. Two (2) copies of the Summons of The Geneus Group, LLC; and, a
5. Prepaid, self-addressed envelope.

Please file the originals and return a file stamped copy of the Complaint, Civil Cover Sheet, and Summonses along with a receipt for the filing fee to our office in the prepaid, self-addressed envelope I have provided for you.

Let me know if you have any questions. Thank you for your assistance with this matter.

Sincerely,

CROWLEY FLECK, PLLP

By: Jennifer Schulenberg
Paralegal to Mistee L. Elliott

Enclosures