UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JMK 3, LLC, an Ohio limited liability company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GENEUS GROUP, LLC, a Wyoming )<br>limited liability company, )<br>)<br>Defendant. ) | Case No. 20-CV-1-J |

### AFFIDAVIT OF CHARLES KASBEE IN SUPPORT OF DEFAULT JUDGMENT

I, Charles Kasbee, being duly sworn, state as follows:

1. I am an adult and competent to make this Affidavit.

2. All facts herein positively alleged are within Affiant's personal knowledge.

3. I am currently, and was at all relevant times, an owner and manager of Plaintiff JMK3, LLC ("JMK3"). I am authorized to make this Affidavit on behalf of JMK3.

4. Defendant The Geneus Group, LLC ("Geneus Group") is indebted to JMK3 pursuant to an oral and written contract with JMK3 (collectively the "Contract") for services rendered during July, August and September of 2019 as described in the Complaint filed in this matter.

5. The principal amount due and owing by Geneus Group for services rendered by JMK3 pursuant to the Contract totals One Million, Nine Hundred Fifty-Nine Thousand, Six Hundred Seventy-Seven Dollars and Forty-Two Cents ($1,959,677.42), only a portion of which could be invoiced by JMK3 before Geneus Group terminated the Contract. A copy of the one

invoice sent to Geneus Group prior to termination of the Contract and refusal to pay by Geneus Group is attached hereto as Exhibit "A".

6. In this lawsuit, JMK3 has incurred costs in the amount of Four Hundred Seventy Dollars ($470.00).

7. JMK3 is entitled to recover judgment in the amount of One Million, Nine Hundred Fifty-Nine Thousand, Six Hundred Seventy-Seven Dollars and Forty-Two Cents ($1,959,677.42), plus costs totalling Four Hundred Seventy Dollars ($470.00), as well as post-judgment interest from the date of judgment until satisfaction.

DATED this 4th day of March, 2020.

JMK3, LLC

By: _____
Charles Kasbee, Member/Manager

STATE OF FLORIDA    )
                    )ss
COUNTY OF Palm Beach )

SUBSCRIBED and SWORN to before me this 4 day of March, 2020, by Charles Kasbee, member and manager of JMK3, LLC.

_____
Notary Public

My commission expires: Jan 30, 2021

JUAN PABLO GUTIERREZ
Notary Public - State of Florida
Commission # GG 067757
My Comm. Expires Jan 30, 2021

JMK3, LLC
631 US HWY ONE, Suite 101-B
North Palm Beach, FL 33408
Attn: Chuck Kasbee



## INVOICE NO. 1                                                          9-15-19

**BILL TO**

The Geneus Group, LLC
Attn: Scott Seedall
PO Box 12170
Jackson, Wyoming 83002
Telephone: 307-203-7832

**SHIP TO**

**INSTRUCTIONS**

Please Wire funds: Banking instructions were sent in previous e-mail.

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | July Marketing | | $330,000.00 |
| | • Marketing and brand awareness services to include, but not be limited to: patient outreach, brand development, brand awareness, marketing | | |
| | • Logistics management services to include, but not be limited to: coordination of mailing / shipping addresses of patients who desire diagnostic testing services, coordination and facilitation of patient scheduling for physician consultations, coordination of updates to patients regarding diagnostic testing status and any necessary re-tests | | |



EXHIBIT A