# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JMK 3, LLC, an Ohio limited liability company, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-CV-1-J |
| THE GENEUS GROUP, LLC, a Wyoming limited liability company, | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

Plaintiff JMK3, LLC having requested of this Court a Default Judgment in favor of Plaintiff; and it appearing to the satisfaction of the Court that Defendant The Geneus Group, LLC has been properly served and has failed to answer or otherwise plead to the Plaintiff's Complaint. Accordingly, it is hereby

ORDERED THAT Plaintiff's Motion for Entry of Default Judgment is GRANTED. Judgment is entered in favor of Plaintiff and against Defendant The Geneus Group, LLC in the total amount of One Million, Nine Hundred Sixty Thousand, One Hundred Forty-Seven Dollars and Forty-Two Cents ($1,960,147.42). The unpaid amount of this Judgment shall bear interest at the rate of Ten Percent (10%) per annum pursuant to Wyo. Stat. §1-16-102(a).

DATED this _____ day of _____, 2020.

BY THE COURT:

_____